**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| SAUL M. STEVENS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cv-89-JMS-WGH |
| PAUL HARTZLER, | ) | CA #12-2171 |
| Defendant. | ) | |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

Based on the foregoing, therefore, the plaintiff's request for leave to proceed on appeal *in forma pauperis* [50] is **denied.**

**IT IS SO ORDERED.**

Date: 05/25/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com

Saul M. Stevens
DOC #162020
South Bend Community Re-Entry
2421 South Michigan Street
South Bend, IN 46614